**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER FIELDS                                                                                          PLAINTIFFS
and KENNETH HILL

v.                                              No. 4:14CV00137 JLH

R.L. HURST INCORPORATED; HURST
CONCRETE CONSTRUCTION, INC.;
R.L. HURST CONSTRUCTION;
RODNEY L. HURST, individually and as
owner, officer, or director of R.L. Hurst
Incorporated, Hurst Concrete Construction,
Inc., and R.L. Hurst Construction                                                                       DEFENDANTS

## AMENDED JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the plaintiffs against the defendants for attorneys' fees, costs, and expenses in the total amount of $17,244, plus post-judgment interest to accrue at the rate of 0.31% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 9th day of November, 2015.

                                                                                                   _____
                                                                                                   J. LEON HOLMES
                                                                                                   UNITED STATES DISTRICT JUDGE