IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER FIELDS AND KENNETH HILL**                              **PLAINTIFFS**

vs.                          No. 4:14-cv-137-JLH

**R.L. HURST, INCORPORATED; HURST CONCRETE**                         **DEFENDANTS**
**CONSTRUCTION, INC.; R.L. HURST CONSTRUCTION; and**
**RODNEY L. HURST, Individually and as Owner, Officer, or**
**Director of R.L. HURST, INCORPORATED, HURST**
**CONCRETE CONSTRUCTION, INC., and R.L. HURST**
**CONSTRUCTION**

## SATISFACTION OF JUDGMENT

Notice is hereby given that the Judgment entered in the above-styled and numbered case, and bearing ECF No. 32, has been fully paid and satisfied, and the Clerk of this Court, by any deputy, is authorized to enter this Satisfaction of Judgment, by marginal endorsement, on behalf of Plaintiffs.

                                        Respectfully submitted,

                                        **CHRISTOPHER FIELDS and**
                                        **KENNETH HILL, PLAINTIFFS**

                                        SANFORD LAW FIRM, PLLC
                                        Kirkpatrick Plaza
                                        10800 Financial Centre Pkwy, Ste. 510
                                        Little Rock, Arkansas 72211
                                        Telephone: (501) 221-0088
                                        Facsimile: (888) 787-2040

                                        */s/ Josh Sanford*
                                        Josh Sanford
                                        Ark. Bar No. 2001037
                                        josh@sanfordlawfirm.com